UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-536 JVS (ANx)                                Date  April 9, 2012

Title  Turchik v. M.A.G. Engineering Co., Inc.

Present: The Honorable  James V. Selna

| Adrianna Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 9, 2012, plaintiff David M. Turchik ("Turchik") removed this action from the Superior Court of the State of California, County of Orange.  (Docket No. 1.)  Turchik purports to remove under 28 U.S.C. § 1454, which provides in part:

> (a) In general.--A civil action in which any party asserts a claim for relief arising under any Act of Congress relating to patents, plant variety protection, or copyrights may be removed to the district court of the United States for the district and division embracing the place where the action is pending.

(28 U.S.C. § 1454(a); emphasis supplied.)  The statute also provides that any party may remove, not just a defendant.  (28 U.S.C. § 1454(b)(1); compare 28 U.S.C. § 1441(a).)  Turchik cites no basis for removal other than the general patent jurisdiction statute, 28 U.S.C. § 1338

Turchik asserts no claim under the patent laws: All his claims are California common-law or statutory[1] claims.  A breach of contract for failure to pay a patent royalty does not arise under the patent laws.  Everest & Jennings, Inc. v. E. & J. Mfg. Co., 263 F.2d 254, 262 (9th Cir. 1959); Commercial Sales Network v. Sadler-Cisar, Inc., 755 F.Supp. 756, 758-59 (N.D. Ohio 1991) see  Thiokol Chemical Corp. v. Burlington Industries, Inc., 448 F.2d 1328, 1330-31 (3d Cir. 1971).

---

[1] Cal. Bus. & Prof. Code § 17200.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-536 JVS (ANx)   Date  April 9, 2012

Title  Turchik v. M.A.G. Engineering Co., Inc.

Turchik is ordered to show cause in writing within ten days why the case should not be remanded to the Superior Court of the State of California, County of Orange for lack of jurisdiction.  **A failure to respond will likely result in remand.**

00 : 00

Initials of Preparer   ag